UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:07CR43 |
|---|---|---|
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | INDICTMENT |
| DEMOND HARRISON | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

Signed: November 30, 2007

Richard L. Voorhees
United States District Judge